No. 10-5502. Oscar Javier Beltran-Lastra, Petitioner v. United States.

562 U.S. 925, 131 S. Ct. 310, 178 L. Ed. 2d 201, 2010 U.S. LEXIS 7304.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 363 Fed. Appx. 534.